1   ROGER K. LITMAN, 57634
    Attorney at Law
2   2300 Tulare Street, Suite 230
    Fresno, California 93721
3   Telephone: (559) 237-6000

4   Attorney for Defendant, KENNETH JOHNSON

5
            IN THE UNITED STATES DISTRICT COURT FOR THE
6
            EASTERN DISTRICT OF CALIFORNIA
7

8
    UNITED STATES OF AMERICA,          )     CASE NO.  06-00284
9                                      )
            Plaintiff,                 )
10                                     )     **STIPULATION AND ORDER**
    v.                                 )
11                                     )
    KENNETH JOHNSON,                   )
12                                     )
            Defendant.                 )
13  _____)

14          The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the sentencing scheduled for April 23, 2007, be moved to March 26,

16  2007 at 9:00 a.m. in the above-entitled court.

17          The sentencing issues are uncontested; the parties anticipate submitting the

18  matter on the PSR.

19
    DATED:  March 21, 2007            /s/ Kevin P. Rooney
20                                    KEVIN ROONEY
                                      Assistant United States Attorney
21                                    **This was agreed to by Mr. Rooney
                                      via telephone on March 20, 2007**
22

23  DATED:  March 21, 2007            /s/ Roger K. Litman
                                      ROGER K. LITMAN
24                                    Attorney for Defendant
                                      KENNETH JOHNSON
25

    IT IS SO ORDERED.
26
    **Dated:    March 23, 2007**          /s/ Oliver W. Wanger
27  emm0d6                            UNITED STATES DISTRICT JUDGE

28

                                     1